*In re* MEDIDAS ESPECIALES PARA LA EXTENSIÓN DE TÉRMINOS POR MOTIVO DE LUTO NACIONAL.

*Número:* EM-2004-2          *Resuelto:* 9 de junio de 2004

## RESOLUCIÓN

Debido al fallecimiento del ex Presidente de Estados Unidos de Norteamérica, Ronald W. Reagan, y al igual que lo dispuesto por la Hon. Sila María Calderón, Gobernadora del Estado Libre Asociado de Puerto Rico, quien ha concedido libre el viernes 11 de junio de 2004 a los empleados de la Rama Ejecutiva, la Rama Judicial también concede dicho día libre a sus empleados, sin cargo a licencia de vacaciones, para que puedan unirse al duelo nacional decretado por el Presidente de Estados Unidos, George W. Bush.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73) y se considerará el viernes 11 de junio de 2004, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 14 de junio, próximo día laborable. Se ordena la inmediata difusión pública de esta resolución.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*